UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-67 RM |
| | ) | |
| JACOB FRY | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 2, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 48], ACCEPTS defendant Jacob Fry's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(j), 924(a)(2) and 2.

SO ORDERED.

ENTERED:     September 22, 2009

          /s/ Robert L. Miller, Jr.
          Chief Judge
          United States District Court